Marc K. Sellers, OSB #791077
Email msellers@schwabe.com
Dan Eller, OSB #042810
Email deller@schwabe.com
Schwabe, Williamson & Wyatt, P.C.
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900
    Of Attorneys for Plaintiffs, Mark R. Keen and Roberta D. Romio

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| MARK R. KEEN and ROBERTA D. ROMIO,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATE OF OREGON,<br><br>    Defendant. | No. 3:12-CV-0319-BR<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS CASE WITHOUT PREJUDICE |

Having read and considered Plaintiffs' Unopposed Motion to Dismiss Without Prejudice, and for good cause shown, the Court GRANTS the motion and ORDERS that this case is dismissed without prejudice.

DATED this 29th day of June, 2012

*/s/ Anna J. Brown*
UNITED STATES DISTRICT JUDGE

Page 1 -  ORDER GRANTING PLAINTIFFS' MOTION TO
          DISMISS CASE WITHOUT PREJUDICE

SCHWABE, WILLIAMSON & WYATT, P C
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

PDX/123322/180400/MKS/9697260.1